```
                              United States Bankruptcy Court
                               Northern District of Ohio
In re:                                                              Case No. 15-11429-jps
Gary Schofield                                                      Chapter 7
Shawn Schofield
        Debtors
                                  CERTIFICATE OF NOTICE
District/off: 0647-1          User: admin                 Page 1 of 2          Date Rcvd: Mar 20, 2015
                              Form ID: 227ia              Total Noticed: 44


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 22, 2015.
db/db          +Gary Schofield,    Shawn Schofield,    12892 Heath,    Chesterland, OH 44026-3222
23560133       +Ahmad Banna MD LLC,    124 Liberty St.,    Painesville, OH 44077-3362
23560134        Alexandria Vaneck Co., LPA,    5460 Southwyck Blvd. Ste. 101,    Toledo, OH 43614
23560135       +Anesthesia Assoc. PPL,    PO Box 16749,    Rocky River, OH 44116-0749
23560136        Associates in Neurology,    35040 Chardon Rd.,    Willoughby, OH 44094-9004
23560137       +Cimaglio DDS,    9571 Mentor Ave,    Mentor, OH 44060-4521
23560139        Citifinancial,    C/S Care Dept.,    Fort Mill, SC 29715
23560140       +Community Hospitalists,    PO Box 72233,    Cleveland, OH 44192-0002
23560141       +Drs Hill and Thomas,    P.O. Box 182504,    Columbus, OH 43218-2504
23560142       +Drs. Levine, Reigle & Schneider, In,    6803 Mayfield Road, Ste. 418,    Cleveland, OH 44124-2214
23560143       +First Federal Credit Control,    24700 Chagrin Blvd Ste 205,    Beachwood, OH 44122-5662
23560144        First Federal Credit Control, Inc.,    2470 Chagrin Blvd.,    Suite 205,
                 Beachwood, OH 44122-5630
23560145       +Firstcredit, Inc. (FCI),    P.O. Box 630838,    Cincinnati, OH 45263-0838
23560146       +Geauga Anesthesia, Inc.,    P.O. Box 567,    Chagrin Falls, OH 44022-0567
23560147       +Hillcrest Hospital Meridia,    6780 Mayfield Rd,    Cleveland, OH 44124-2294
23560149       +JP Recovery Services,    P.O. Box 1022,    Wixom, MI 48393-1022
23560150       +Lake Health,    P.O. Box 714328,    Columbus, OH 43271-4328
23560151       +Lake Health,    P.O. Box 715019,    Columbus, OH 43271-5019
23560152       +Lake Health Physician Group,    P.O. Box 714328,    Columbus, OH 43271-4328
23560153       +Lake Hospital System, Inc.,    PO Box 715019,    Columbus, OH 43271-5531
23560154       +Larry J. Sangrik, DDS,    401 South St. Ste. 3B1,    Chardon, OH 44024-2818
23560155       +Lorain County EKG Assoc Inc.,    30701 Lorain Rd. Ste. A,    North Olmsted, OH 44070-6325
23560156       +Main Street Acquisition,    2877 Paradise Rd., Ste. 303,    Las Vegas, NV 89109-5239
23560157       +Merrill Lynch,    Retirement & Benefit Plan Services,    P.O. Box 2019,    Lakewood, NJ 08701-8019
23560158       +Michelina DiLillo,    8605 Camelot Dr.,    Chesterland, OH 44026-3103
23560160       +NEO Heart Associates,    36100 Euclid Ave., Suite 120,    Willoughby, OH 44094-4426
23560162       +Quest Diagnostics of Pennsylvania,    PO Box 740505,    Cincinnati, OH 45274-0505
23560166       +Revenue Group,    PO Box 93983,    Cleveland, OH 44101-5983
23560168       +Suntrust/American Education Svcs,    1200 N 7th St.,    Harrisburg, PA 17102-1419
23560169       +UCB Collections,    5420 Southwyck Blvd.,    Toledo, OH 43614
23560170       +UH Geauga Medical Center,    P.O. Box 74068,    Cleveland, OH 44194-4068
23560171       +UH Geauga Medical Center,    Dept. 781988,    Detroit, MI 48278-0001
23560172       +UHMP Oncology,    PO Box 8792,    Belfast, ME 04915-8792
23560173       +UHMP Pathology,    P.O. Box 8792,    Belfast, ME 04915-8792
23560174       +UHMP Radiology,    P.O. Box 8792,    Belfast, ME 04915-8792
23560175       +United Collect Bur Inc,    P.O. Box 140190,    Toledo, OH 43614-0190

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: rstanley@peteribold.com Mar 20 2015 22:28:20     Robin L. Stanley,
                 Petersen & Ibold,    401 South St.,    Chardon, OH  44024
tr             +EDI: QVEBROWN.COM Mar 20 2015 22:13:00      Virgil E Brown, Jr,    2136 Noble Road,
                 Cleveland, OH 44112-1736
23560138       +EDI: CITICORP.COM Mar 20 2015 22:08:00      Citicards CBNA,    701 E 60th St. N,
                 Sioux Falls, SD 57104-0432
23560148       +EDI: HFC.COM Mar 20 2015 22:08:00      HSBC Bank,    P.O. Box 5253,    Carol Stream, IL 60197-5253
23560159       +EDI: MID8.COM Mar 20 2015 22:08:00      Midland Funding,    8875 Aero Drive,
                 San Diego, CA 92123-2255
23560161        EDI: PRA.COM Mar 20 2015 22:08:00      Portfolio Recovery Associates,
                 120 Corporate Blvd. Ste 100,    Norfolk, VA 23502
23560167       +EDI: SEARS.COM Mar 20 2015 22:08:00      Sears/Citibank,    PO Box 6282,
                 Sioux Falls, SD 57117-6282
23560176       +EDI: WFFC.COM Mar 20 2015 22:08:00      Wells Fargo,    PO Box 14517,    Des Moines, IA 50306-3517
                                                                                                TOTAL: 8

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
23560164*      +Revenue Group,    3700 Park East Dr,    Suite 240,    Beachwood, OH 44122-4339
23560165      ##+Revenue Group,    3700 Park East Dr.,    Beachwood, OH 44122-4339
23560163      ##+Revenue Group,    3700 Park East Dr.,    Suite 240,    Beachwood, OH 44122-4339
                                                                                  TOTALS: 0, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.   Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2015                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2015 at the address(es) listed below:
              Robin L. Stanley    on behalf of Debtor Shawn  Schofield rstanley@peteribold.com, shannon@peteribold.com
              Robin L. Stanley    on behalf of Debtor Gary   Schofield rstanley@peteribold.com, shannon@peteribold.com
              Virgil E Brown, Jr    vbrownjr@ecf.epiqsystems.com
                                                                                              TOTAL: 3

# United States Bankruptcy Court for the Northern District of Ohio

## Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors, & Deadlines

A Chapter 7 bankruptcy case concerning the debtor(s) listed below was filed on March 18, 2015. You may be a creditor of the debtor. **This notice lists important deadlines and explanations of your rights and duties.** Please read both sides of this notice.

### Case Information

**Case Number:** 15−11429−jps

**Debtor(s):**
Gary Schofield
12892 Heath
Chesterland, OH 44026

Shawn Schofield
12892 Heath
Chesterland, OH 44026

**Other names used by the Debtor(s) in the last 8 years:**

**Last Four Digits of Debtor's Social Security Number or Individual Taxpayer ID Number (ITIN)/Complete EIN:**
xxx−xx−0128
xxx−xx−1767

**Attorney for Debtor:**
Robin L. Stanley
Petersen & Ibold
401 South St.
Chardon, OH 44024
Telephone number: (440) 285−3511

**Bankruptcy Trustee:**
Virgil E Brown Jr
2136 Noble Road
Cleveland, OH 44112
Telephone number: (216) 851−3304

### Meeting of Creditors

All debtors **must** bring the following proofs of identification to the meeting of creditors:

- Valid, unexpired photo identification (driver's license, state ID, employee ID, etc.). If the case is a joint filing, both debtors must have identification; AND
- Proof of social security number. Government− or employer−issued documentation, such as social security card, IRS tax transcript, W−2, or 1099, is acceptable proof.

**Date:** April 27, 2015
**Time:** 09:30 AM
**Location:** 341 Meeting, H.M.M. US Courthouse, 201 Superior Ave, 6th Floor, Cleveland, OH 44114

### Presumption of Abuse under 11 U.S.C. § 707(b)
*See "Presumption of Abuse" on the other side of this notice.*

The presumption of abuse does not arise.

### Deadlines

*Papers must be received by the bankruptcy clerk's office by the stated deadline.*

**Deadline to File a Proof of Claim:** *Please do not file a proof of claim unless you receive a notice to do so.*

**Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts:** June 26, 2015

**Deadline to Object to Exemptions:** 30 days after the *conclusion* of the meeting of creditors.

**Address of the Bankruptcy Court Clerk's Office:**
United States Bankruptcy Court
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114−1235

**For the Court:**
Clerk of the Bankruptcy Court:
Kenneth J. Hirz

**Date:** March 20, 2015

**Refer to Other Side of this Notice for Important Explanations**

# EXPLANATIONS

**Filing of Chapter 7 Bankruptcy Case:**
A bankruptcy case under Chapter 7 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by or against the debtor(s) listed on the other side of this notice, and an order for relief has been entered.

**Creditors Generally May Not Take Certain Actions:**
In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor, the debtor's property, and certain codebtors. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Prohibited collection actions against the debtor and certain codebtors are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtor by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtor; repossessing the debtor's property; starting or continuing lawsuits or foreclosures; and garnishing or deducting from the debtor's wages.

**Presumption of Abuse:**
If the presumption of abuse arises, creditors have the right to file a motion to dismiss the case under § 707(b) of the Bankruptcy Code. The debtor may rebut the presumption by showing special circumstances.

**Meeting of Creditors:**
A meeting of creditors is scheduled for the date, time, and location listed on the other side of this notice. *The debtor (both spouses in a joint case) must be present at the meeting to be questioned under oath by the trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date specified in a notice filed with the court.

**Claims:**
There does not appear to be any property available to the trustee to pay creditors. *Therefore, you should not file a Proof of Claim at this time.* If it later appears that assets are available to pay creditors, you will be sent another notice telling you that you may file a Proof of Claim, and telling you the deadline for filing your Proof of Claim. If this notice is mailed to a creditor at a foreign address, the creditor may file a motion requesting the court to extend the deadline.
*Do not include this notice with any proof of claim or other filing you submit to the court.*

**Discharge of Debts:**
The debtor is seeking a discharge of most debts, which may include your debt. A discharge means that you may never try to collect the debt from the debtor. If you believe that the debtor is not entitled to receive a discharge under Bankruptcy Code § 727(a), *or* that a debt owed to you is not dischargeable under Bankruptcy Code § 523(a)(2), (4), or (6), you must start a lawsuit by filing a complaint –– or a motion if you assert the discharge should be denied under § 727(a)(8) or (a)(9) –– in the bankruptcy clerk's office by the "Deadline to Object to Debtor's Discharge or to Challenge the Dischargeability of Certain Debts" listed on the other side of this notice. The bankruptcy clerk's office must receive the motion or complaint and any required filing fee by that deadline.

**Exempt Property:**
The debtor is permitted by law to keep certain property as exempt. Exempt property will not be sold and distributed to creditors. The debtor must file a list of all property claimed as exempt. You may inspect the list at the bankruptcy clerk's office. If you believe that an exemption claimed by the debtor is not authorized by law, you may file an objection to that exemption. The bankruptcy clerk's office must receive the objection by the "Deadline to Object to Exemptions" listed on the other side of this notice.

**Bankruptcy Clerk's Office:**
Any paper that you file in this bankruptcy case must be filed at the bankruptcy clerk's office at the address listed on the other side of this notice. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the bankruptcy clerk's office. The clerk's office is open Monday through Friday from 9:00 AM to 4:00 PM, except on federal holidays. Additional information can be found on the court's website at www.ohnb.uscourts.gov, including Forms, Local Bankruptcy Rules, Administrative and General Orders, Judges' Hearing Dockets, the United States Code, and the Federal Rules of Bankruptcy Procedure.

**Legal Advice:**
The staff of the bankruptcy clerk's office is not permitted to give legal advice. You may want to consult an attorney to determine your rights in this case. If you are a creditor with a foreign address, you should consult with a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case.

**Refer to Other Side of this Notice for Important Deadlines and Notices**